# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| In re: | Case No. 15-33017 |
|---|---|
| Dotson Plumbing & Heating, Inc. | Chapter 11 |
| Debtor. | Judge John P. Gustafson |

## THE OHIO DEPARTMENT OF TAXATION'S
## MOTION TO DISMISS OR CONVERT

The Ohio Department of Taxation moves this Court for an Order under 11 U.S.C. § 1112(b) dismissing this chapter 11 case or, in the alternative, converting it to a case under chapter 7 of the bankruptcy code. Dotson Plumbing & Heating, Inc. has failed to file and pay numerous State of Ohio taxes since the filing of this case. Thus, under 11 U.S.C. § 1112(b)(1)(I), sufficient cause exists to dismiss or convert this case.

           Special Counsel for
           Ohio Attorney General Mike DeWine:

           /s/ Michael D. Stultz
           Michael Stultz (0082291)
           Douglas A. Stephan (0087313)
           MEYER & KERSCHNER, LTD.
           106 E. Market Street, P.O. Box 400
           Tiffin, Ohio 44883
           T: 419-447-5132
           F: 419-447-5150
           E: mds@meyerkerschner.com

## MEMORANDUM IN SUPPORT

Dotson filed its chapter 11 bankruptcy case in September 2015. Although required, Dotson has failed to file various post-petition tax returns with the State of Ohio. As set forth below, Dotson has failed to file returns for Commercial Activity Tax, Withholding Tax, School District Withholding Tax, Sales Tax, and Use Tax. The missing periods at issue are:[1]

| Type of Tax | Tax Periods at Issue |
|---|---|
| Withholding Tax | No returns since 3/2016 to present<br>Missing IT-941 for 2016, and 2017 |
| School District Withholding Tax | No various from since 3/2016 to present<br>Missing SD-141 for 2016, and 2017 |
| Sales Tax | Unpaid 7/2016<br>Missing 5/2017 |
| Use Tax | Unpaid 11/2015-12/2016<br>Missing all returns 1/2017 through 5/2017 |

Those tax periods are all considered administrative claims under 11 U.S.C. § 503. Thus, in accordance with section 3.1 of the confirmed plan, Dotson is required to pay these claims within 30 days. Yet it has failed to do so.

The Bankruptcy Code states a chapter 11 case may be dismissed or converted for "cause."[2] While the code does not define cause, it does state that cause includes "failure timely to pay taxes owed after the date of the order for relief or to file tax returns due

---

[1] Debtor's counsel was informed of numerous missing returns. In response, the debtor has recently filed various returns. However, many returns remain unfiled and various balances are due.

[2] 11 U.S.C. § 1112(b).

00836002.2

after the date of the order for relief."[3] Here, it's clear Dotson has failed to timely file and pay numerous tax returns with the State of Ohio. Thus, causes exist to dismiss or convert this case.

As such, the State of Ohio moves this Court for an order dismissing or converting this case due to the debtor's failure to abide by 11 U.S.C. § 1112.

Special Counsel for
Ohio Attorney General Mike DeWine:

/s/ Michael D. Stultz
Michael D. Stultz (0082291)
Douglas A. Stephan (0087313)
MEYER & KERSCHNER, LTD.
106 E. Market Street, P.O. Box 400
Tiffin, Ohio 44883
T: 419-447-5132
F: 419-447-5150
E: mds@meyerkerschner.com

---

[3] 11 U.S.C. § 1112(b)(4)(I).
00836002.2

# CERTIFICATE OF SERVICE

I certify that on July 7, 2017 a true and correct copy of the forgoing was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

>Steven L. Diller, on behalf of Dotson Plumbing & Heating, Inc., debtor, at steven@drlawllc.com

>Michael A. Staudt, on behalf of Citizens National Bank of Bluffton, creditor, at mstaudt@fgks-law.com

>Matthew T. Hurm, on behalf of Trustees of the Plumbers and Pipe Fitters National Pension Fund, creditor, at hurm@fhplaw.com

>Joseph D. Mando, on behalf of Trustees of the Plumbers and Pipe Fitters National Pension Fund, creditor, at mando@fhplaw.com

>Linda Maria Battisti, on behalf of the United States Trustee's office, at Linda.Battisti@usdoj.gov

>Raymond L. Beebe, on behalf of Ohio Department of Job and Family Services, at rlbagct@bex.net

And by regular U.S. mail, postage prepaid, on:

>Robertson Heating Supply Co., creditor, at PO Box 2448, Alliance, OH 44601

>Dotson Plumbing & Heating, Inc., debtor, at 100 West Main Street, Cridersville, OH 45806

/s/ Michael D. Stultz
Michael D. Stultz (0082291)
Douglas A. Stephan (0087313)
MEYER & KERSCHNER, LTD.